IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGININA
Elkins Division

**FILED**
FEB 1 2 2008
U.S. DISTRICT COURT

**FERNANDO ANTONIO ALVARADO VALDEZ,**
And **JOSE ANTONIO ASTACIO,**

      Plaintiffs,

v.

                                      Case No. 2:07cv79
                                           (Keeley)

**PILGRIM'S PRIDE CORPORATION OF**
**WEST VIRGINIA, INC.** and
**MAXI-STAFF, INC.,**

      Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Douglas Leyshock, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *February 11, 2008*

                                                            *Irene M. Keeley*
                                                    United States District Judge