IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

**FILED**
FEB 1 2 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

FERNANDO ANTONIO ALVARADO
VALDEZ and JOSE ANTONIO ASTACIO,
           Plaintiffs,

vs.                                             Civil Action No.: 2:07-CV-79

PRILGRIMS PRIDE CORPORATION OF
WEST VIRGINIA and MAXI-STAFF, INC.,

**ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION
TO WITHDRAW AND SUBSTITUTION OF COUNSEL**

This matter came before the Court on this 11th day of February 2008, on Plaintiffs' Counsel's Motion to Withdraw and Substitution of Counsel. It appearing to the Court upon the papers before it that there exist good cause to GRANT Plaintiffs' Counsel's Motion to Withdraw and Substitute Counsel, the Court ADJUDGES and ORDERS that Gregory A. Bailey, Esq., and John S. McFarland, Esq., shall be granted leave to withdraw from this matter, and that Amanda Ray, Esq., shall be substituted for attorneys Bailey and McFarland as counsel of record for Plaintiffs.

The Clerk is ORDERED to send copies of this Order to all counsel of record in the above- styled civil action.

*Irene M. Keeley*
Judge Irene Keeley
United States District Court